Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for SN Servicing Corporation as servicer for
U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X

IN RE:

Eric Mattson

Debtor

-----------------------------------------------------------X

: CASE NO.: 17-22296
:
: CHAPTER: 13
:
: HON. JUDGE.:
: JOHN K. SHERWOOD
:
: HEARING DATE:
: **JUNE 13, 2019 AT 8:30 AM**

## NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN

**PLEASE TAKE NOTICE** that SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust ("Secured Creditor"), the holder of a mortgage on real property of the debtor(s), by and through its undersigned attorneys, hereby objects to the confirmation of the Modified Chapter 13 Plan on grounds including:

1. Debtor(s) plan fails to provide for the claim of Secured Creditor. The objecting creditor is due arrears of $373,055.46 which is set forth in the filed Proof of Claim (1-1).

2. Debtor(s) plan as proposed appears to contemplate that there will be no cure for the prepetition arrears of Secured Creditor unless or until a loan modification is achieved. The requirements of 11 U.S.C. § 1322(d)(2) do not provide for payment over a period longer than 5 years. Moreover, the debtor(s) are obligated to cure the arrears due to the

    objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322 (b)(5). Accordingly, in the event that the ongoing loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C. § 1325(a)(1).

3. Debtor(s) seeks to modify the rights of Secured Creditor, which is the holder of a claim secured only by a security interest in real property that is the principal residence of the debtor(s). Plan fails to provide for adequate protection payments if the Court approved loss mitigation.

4. Debtor(s) proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.

5. Debtor(s) proposed plan does not provide that Secured Creditor retain its lien.

6. Debtor(s) proposed plan is not feasible.

7. Debtor(s) proposed plan fails to comply with other applicable provisions of Title 11.

    In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C § 1325(a)(4) and 1325(b), et seq. unless the plan provides for full payment of the claim.

                                                    FRIEDMAN VARTOLO LLP
                                                    85 Broad Street Suite 501
                                                    New York, New York 10004
                                                    Attorneys for Secured Creditor,

                                                    By: /s/ Jonathan Schwalb
                                                    Jonathan Schwalb, Esq.

Date: May 21, 2019

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |   |   |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |   |   |
|   | Case No.: | _____ |
|   | Chapter: | _____ |
| In Re: | Adv. No.: | _____ |
|   | Hearing Date: | _____ |
|   | Hon. Judge: | _____ |

# CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |